December 28, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DON GRIJALVA-LEWIS, Appellant

NO. 14-12-00135-CR
NO. 14-12-00136-CR
NO. 14-12-00137-CR                V.

THE STATE OF TEXAS, Appellee

_____

      This cause was heard on the transcript of the records of the court below. Having considered the records, this Court holds that there was no error in the judgments. The Court orders the judgments **AFFIRMED**.

      We further order appellant pay all costs expended in the appeals.

      We further order this decision certified below for observance.